AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

__Southern__ District of ____Florida____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Shannon Miller | ) Case No: ____94-8028____-CR RYSKAMP |
| | ) USM No: _#40202-004_ |
| Date of Previous Judgment: _9/23/1994_ | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __210__ months is reduced to _168 mos or time served plus 10 days whichever is greater._

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __36__      Amended Offense Level: __34__
Criminal History Category: __II__    Criminal History Category: __II__
Previous Guideline Range: __210__ to __262__ months    Amended Guideline Range: __168__ to __210__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated _9/23/1994_ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _3/31/08_

_/s/ Kenneth L. Ryskamp_
Judge's signature

Kenneth L. Ryskamp, United States District Judge
Printed name and title

Effective Date: _____
(if different from order date)